Ethan Blevins, Mont. Bar No. 37415893
PACIFIC LEGAL FOUNDATION
555 Capitol Mall, Suite 1290
Sacramento, CA 95814
EBlevins@pacificlegal.org
Telephone: (916) 419-7111

*Attorney for Plaintiff Do No Harm*

## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MONTANA
## HELENA DIVISION

| | |
|---|---|
| DO NO HARM,<br><br>        Plaintiff,<br><br>  v.<br><br>GREGORY GIANFORTE, in his official capacity as Governor of the State of Montana,<br><br>        Defendant. | Civil Action No.: 6:24-cv-00024-BMM-KLD<br><br><br><br>NOTICE OF INTERESTED PARTIES |

  Pursuant to Fed. R. Civ. P. 7.1 and Local Rule 7.1-1, counsel for Plaintiff Do No Harm makes the following disclosures:

  Plaintiff is a nonprofit corporation, organized under the laws of the State of Virginia, with a principal place of business in Virginia, without parent corporations. No corporation or publicly held entity holds any stock in Plaintiff.

1

No other corporation has a direct financial interest in the outcome of this litigation.

Counsel for Plaintiff also certifies that there are no other known persons, associations of persons, firms, partnerships, or corporations (including parent corporations, clearly identified as such), other than the parties and their immediate families, that may have a financial interest in the outcome of the proceeding, including any insurance carrier that may be liable in whole or in part (directly or indirectly) for a judgment in the action or for the cost of defense.

DATED: March 13, 2024.

        Respectfully submitted,

        /s/ *Ethan W. Blevins*
        Ethan W. Blevins
        Mont. Bar No. 37415893
        PACIFIC LEGAL FOUNDATION
        555 Capitol Mall, Suite 1290
        Sacramento, CA 95814
        Telephone: (916) 419-7111
        Facsimile: (916) 419-7477
        Email: EBlevins@pacificlegal.org

        *Attorney for Plaintiff Do No Harm*