AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
District of Montana

| | |
|---|---|
| DO NO HARM<br><br>*Plaintiff(s)*<br>v.<br>GREGORY GIANFORTE, in his official capacity as Governor of the State of Montana<br><br>*Defendant(s)* | Civil Action No CV-24-24-H-BMM-KLD. |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)* GREGORY GIANFORTE, in his official capacity as Governor of the State of Montana
Montana State Capital, Governor's Office
1301 E 6th Avenue
Helena, MT 59601

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:   Ethan W. Blevins
Pacific Legal Foundation
555 Capitol Mall, Suite 1290
Sacramento, CA 95814
(916) 419-7111
eblevins@pacificlegal.org

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

CLERK OF COURT

Date: March 12, 2024

*Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 06/12) Summons in a Civil Action (Page 2)

Civil Action No.

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* Gregory Gianforte

was received by me on *(date)* March 14, 2024 .

☐ I personally served the summons on the individual at *(place)* _____ on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____, a person of suitable age and discretion who resides there, on *(date)* _____, and mailed a copy to the individual's last known address; or

☒ I served the summons on *(name of individual)* Nick Mullens, Staff Member , who is designated by law to accept service of process on behalf of *(name of organization)* Office of the Governor, Gregory Gianforte @ 4:30 p.m on *(date)* March 14, 2024 ; or
1301 E 6th Avenue, Helana, MT

☐ I returned the summons unexecuted because _____ ; or

☐ Other *(specify)*:

My fees are $ _____ for travel and $ 150.00 for services, for a total of $ 150.00 .

I declare under penalty of perjury that this information is true.

Date: March 14, 2024

*Server's signature*

Stephanie Kilian / Special Process Server
*Printed name and title*

Attorneys Process Service of Montana, LLC
P.O. Box 1522, Missoula, MT 59806-1522
*Server's address*

Additional information regarding attempted service, etc: