Matthew G. Monforton (Montana Bar # 5245)
Monforton Law Offices, PLLC
32 Kelly Court
Bozeman, Montana 59718
Email: matthewmonforton@yahoo.com
Telephone: (406) 570-2949

Ethan Blevins (Mont. Bar No. 37415893)
Caleb R. Trotter (Application for Pro Hac Vice pending)
PACIFIC LEGAL FOUNDATION
555 Capitol Mall, Suite 1290
Sacramento, CA 95814
EBlevins@pacificlegal.org
Telephone: (916) 419-7111


Attorney for Plaintiff

**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
HELENA DIVISION**

| DO NO HARM, | ) | |
|---|---|---|
| | ) | Case No. 6:24-cv-00024-BMM-KLD |
| Plaintiff, | ) | |
| | ) | **NOTICE OF APPEARANCE** |
| v. | ) | |
| | ) | |
| GREG GIANFORTE, in his official capacity as Governor of the State of Montana, | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |

    Matthew Monforton of Monforton Law Offices, PLLC, enters his notice of appearance as counsel of record for Plaintiff.

Dated: March 28, 2024          Respectfully submitted,

<u>/s/ Matthew G. Monforton</u>

Matthew G. Monforton (Montana Bar # 5245)
Monforton Law Offices, PLLC
32 Kelly Court
Bozeman, Montana 59718
Email: matthewmonforton@yahoo.com
Telephone: (406) 570-2949

Ethan Blevins (Mont. Bar No. 37415893)
PACIFIC LEGAL FOUNDATION
555 Capitol Mall, Suite 1290
Sacramento, CA 95814
EBlevins@pacificlegal.org
Telephone: (916) 419-7111

# CERTIFICATE OF SERVICE

I hereby certify that on March 28, 2024, I electronically filed the foregoing document with the Clerk of Court using the CM/ECF system, which will send notice of such filing to counsel of record who are registered with CM/ECF.

Dated: March 28, 2024        Respectfully submitted,

/s/ Matthew G. Monforton

Matthew G. Monforton (Montana Bar # 5245)
Monforton Law Offices, PLLC
32 Kelly Court
Bozeman, Montana 59718
Email: matthewmonforton@yahoo.com
Telephone: (406) 570-2949

Ethan Blevins (Mont. Bar No. 37415893)
PACIFIC LEGAL FOUNDATION
555 Capitol Mall, Suite 1290
Sacramento, CA 95814
EBlevins@pacificlegal.org
Telephone: (916) 419-7111