Matthew G. Monforton (Montana Bar # 5245)
Monforton Law Offices, PLLC
32 Kelly Court
Bozeman, Montana 59718
Email: matthewmonforton@yahoo.com
Telephone: (406) 570-2949

Ethan Blevins (Mont. Bar No. 37415893)
Caleb R. Trotter (Application for Pro Hac Vice pending)
PACIFIC LEGAL FOUNDATION
555 Capitol Mall, Suite 1290
Sacramento, CA 95814
EBlevins@pacificlegal.org
Telephone: (916) 419-7111


Attorney for Plaintiff

**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
HELENA DIVISION**

| DO NO HARM, | ) | |
|---|---|---|
| | ) | Case No. 6:24-cv-00024-BMM-KLD |
| Plaintiff, | ) | |
| | ) | **MOTION FOR CALEB R.** |
| v. | ) | **TROTTER TO APPEAR PRO HAC** |
| | ) | **VICE** |
| GREG GIANFORTE, in his official capacity as Governor of the State of Montana, | ) ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |

Plaintiff, through its attorney, Matthew G. Monforton, hereby moves this Court for an order admitting Caleb R. Trotter pro hac vice, so that Mr. Trotter may

appear as co-counsel for Plaintiff. This Motion is supported by the Affidavit of Caleb R. Trotter, attached hereto as **Exhibit 1.**

I am an attorney for Plaintiff. I am a member of the Bar of this Court who will act as local counsel. This Court and opposing counsel may readily communicate with myself or co-counsel regarding the conduct of this case, and I, together with my co-counsel, will be responsible for participating in this case as required by Local Rule 83.1(d)(5). Therefore, I request this Court grant this Motion for admission Pro Hac Vice and allow Caleb R. Trotter to participate as co-counsel for Plaintiff in this matter.

Dated: March 28, 2024  Respectfully submitted,

 /s/ Matthew G. Monforton

Matthew G. Monforton (Montana Bar # 5245)
Monforton Law Offices, PLLC
32 Kelly Court
Bozeman, Montana 59718
Email: matthewmonforton@yahoo.com
Telephone: (406) 570-2949

Ethan Blevins (Mont. Bar No. 37415893)
PACIFIC LEGAL FOUNDATION
555 Capitol Mall, Suite 1290
Sacramento, CA 95814
EBlevins@pacificlegal.org
Telephone: (916) 419-7111

# CERTIFICATE OF SERVICE

I hereby certify that on March 28, 2024, I electronically filed the foregoing document with the Clerk of Court using the CM/ECF system, which will send notice of such filing to counsel of record who are registered with CM/ECF.

Dated: March 28, 2024        Respectfully submitted,

/s/ Matthew G. Monforton

Matthew G. Monforton (Montana Bar # 5245)
Monforton Law Offices, PLLC
32 Kelly Court
Bozeman, Montana 59718
Email: matthewmonforton@yahoo.com
Telephone: (406) 570-2949

Ethan Blevins (Mont. Bar No. 37415893)
PACIFIC LEGAL FOUNDATION
555 Capitol Mall, Suite 1290
Sacramento, CA 95814
EBlevins@pacificlegal.org
Telephone: (916) 419-7111