IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
HELENA DIVISION

| | |
|---|---|
| DO NO HARM,<br><br>　　Plaintiff,<br><br>vs.<br><br>GREG GIANFORTE, in his official capacity as Governor of the State of Montana,<br><br>　　Defendant. | CV 24-24-H-BMM-KLD<br><br>**ORDER** |

　　Plaintiff moves for the admission of Caleb R. Trotter to practice before this Court in this case with Matthew G. Monforton to act as local counsel.  Mr. Trotter's application appears to be in order.

　　Accordingly, IT IS HEREBY ORDERED that Plaintiff's motion to admit Caleb R. Trotter pro hac vice is GRANTED on the condition that Mr. Trotter shall do his own work.  This means that Mr. Trotter must do his own writing, sign his own pleadings, motions, and briefs, and appear and participate personally. Counsel shall take steps to register in the Court's electronic filing system ("CM-ECF").  Further information is available on the Court's website, www.mtd.uscourts.gov, or from the Clerk's Office.  Mr. Trotter may move for the admission pro hac vice of one (1) associate of his firm.  Such associate, if duly

admitted, shall be authorized to participate in this case on the same terms and conditions as Mr. Hodges

    IT IS FURTHER ORDERED that this Order is subject to withdrawal unless Mr. Trotter, within fifteen (15) days of the date of this Order, files a pleading acknowledging his admission under the terms set forth above.

    DATED this 29th day of March, 2024.

_____
Kathleen L. DeSoto
United States Magistrate Judge