Anita Y. Milanovich (Mt. No. 12176)
General Counsel
OFFICE OF THE GOVERNOR
1301 E. 6th Ave.
Helena, MT 59601
Ph.: 406/444-5554
Email: anita.milanovich@mt.gov
*Counsel for Defendant*

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MONTANA
# HELENA DIVISION

| | |
|---|---|
| **DO NO HARM**,<br><br>　　　　　Plaintiff,<br><br>v.<br><br>**GREG GIANFORTE**, in his official capacity as Governor of the State of Montana,<br><br>　　　　　Defendant. | Case No. 6:24-cv-00024-BMM-KLD<br><br>**NOTICE OF APPEARANCE** |

**PLEASE TAKE NOTICE** that Anita Milanovich, General Counsel for Governor Gianforte, appears as counsel for Defendant Governor Greg Gianforte in this matter, and requests that all future pleadings, correspondence, and other documents be served upon the undersigned the following address:

Anita Y. Milanovich<br>
General Counsel<br>
OFFICE OF THE GOVERNOR<br>
P.O. Box 200801<br>
Helena, MT 59601<br>
Ph.: 406/444-5554<br>
Email: anita.milanovich@mt.gov<br>
*Counsel for Defendant*

Dated: April 3, 2024

                                       Respectfully Submitted,

                                       */s/ Anita Y. Milanovich*
                                       Anita Y. Milanovich (Mt. No. 12176)
                                       General Counsel
                                       OFFICE OF THE GOVERNOR
                                       1301 E. 6th Ave.
                                       Helena, MT 59601
                                       Ph.: 406/444-5554
                                       Email: anita.milanovich@mt.gov
                                       *Counsel for Defendant*

## Certificate of Service

I hereby certify that a true and correct copy of the foregoing document was served on Plaintiff via CM/ECF electronic notice.

*/s/ Anita Y. Milanovich*
Anita Y. Milanovich