Anita Y. Milanovich (Mt. No. 12176)
General Counsel
OFFICE OF THE GOVERNOR
1301 E. 6th Ave.
Helena, MT 59601
Ph.: 406/444-5554
Email: anita.milanovich@mt.gov
*Counsel for Defendant*

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MONTANA
# HELENA DIVISION

| | |
|---|---|
| **DO NO HARM**,<br><br>            Plaintiff,<br><br>v.<br><br>**GREG GIANFORTE**, in his official capacity as Governor of the State of Montana,<br><br>            Defendant. | Case No. 6:24-cv-00024-BMM-KLD<br><br>**UNOPPOSED MOTION FOR EXTENSION OF TIME** |

Pursuant to F.R.C.P. 7 and L.R. 7.1, Defendant Governor Greg Gianforte moves this Court to grant his *Unopposed Motion for Extension of Time*. In support of his motion, Defendant states as follows:

1. On March 14, 2024, a copy of the Complaint in this matter, along with a Summons, was served on the Governor.

2. Pursuant to F.R.C.P. 12(a)(1)(A), Defendant must serve an answer within 21 days of being served with a summons and complaint. Defendant's responsive deadline is April 4, 2024.

3. Due to an unexpected increase in workload, counsel for Defendant is unable to meet that deadline.

4. Counsel for Defendant anticipates an additional 14 days, to and including April 18, 2024, will be sufficient time to prepare the requisite response.

5. Counsel for Defendant has conferred with opposing counsel, who does not oppose this motion.

Dated: April 3, 2024

                Respectfully Submitted,

                */s/ Anita Y. Milanovich*
                Anita Y. Milanovich (Mt. No. 12176)
                General Counsel
                OFFICE OF THE GOVERNOR
                1301 E. 6th Ave.
                Helena, MT 59601
                Ph.: 406/444-5554
                Email: anita.milanovich@mt.gov
                *Counsel for Defendant*

## Certificate of Service

    I hereby certify that a true and correct copy of the foregoing document was served on Plaintiff via CM/ECF electronic notice.

                                      */s/ Anita Y. Milanovich*  
                                      Anita Y. Milanovich