# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MONTANA
# HELENA DIVISION

| | |
|---|---|
| **DO NO HARM**,<br><br>　　　　　Plaintiff,<br><br>v.<br><br>**GREG GIANFORTE**, in his official capacity as Governor of the State of Montana,<br><br>　　　　　Defendant. | Case No. 6:24-cv-00024-BMM-KLD<br><br>**ORDER GRANTING UNOPPOSED MOTION FOR EXTENSION OF TIME** |

Having considered Defendant's *Unopposed Motion for Extension of Time* and for good cause shown, the Court finds the motion should be **GRANTED**. Defendant shall have to and including April 18, 2024, to file a responsive document to Plaintiff's Complaint.

Dated: April __, 2024

_____
The Honorable Brian Morris, Judge
United States District for the District of Montana