IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
HELENA DIVISION

| | |
|---|---|
| DO NO HARM,<br><br>    Plaintiff,<br><br>vs.<br><br>GREG GIANFORTE, in his official capacity as Governor of the State of Montana,<br><br>    Defendant. | CV 24-24-H-BMM-KLD<br><br>**ORDER** |

Defendant Greg Gianforte has filed an unopposed motion for an extension of time to answer Plaintiff Do No Harm's Complaint. (Doc. 11). Accordingly,

IT IS ORDERED that the motion is GRANTED. Defendant shall have to and including April 18, 2024 to file a responsive document to Plaintiff's Complaint.

DATED this 4th day of April, 2024.

_____
Kathleen L. DeSoto
United States Magistrate Judge

1