Anita Y. Milanovich (Mt. No. 12176)
General Counsel
OFFICE OF THE GOVERNOR
1301 E. 6th Ave.
Helena, MT 59601
Ph.: 406/444-5554
Email: anita.milanovich@mt.gov
*Counsel for Defendant*

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MONTANA
# HELENA DIVISION

| | |
|---|---|
| **DO NO HARM**, <br><br> Plaintiff, <br><br> v. <br><br> **GREG GIANFORTE**, in his official capacity as Governor of the State of Montana, <br><br> Defendant. | Case No. 6:24-cv-00024-BMM-KLD <br><br> **SECOND UNOPPOSED MOTION FOR EXTENSION OF TIME** |

Pursuant to F.R.C.P. 7 and L.R. 7.1, Defendant Governor Greg Gianforte moves this Court to grant his *Second Unopposed Motion for Extension of Time*. In support of his motion, Defendant states as follows:

1. On March 14, 2024, a copy of the Complaint in this matter, along with a Summons, was served on the Governor.

2. Pursuant to F.R.C.P. 12(a)(1)(A), Defendant must serve an answer within 21 days of being served with a summons and complaint. Defendant's responsive deadline is April 4, 2024.

3. On April 4, 2024, this Court granted Defendant's *Unopposed Motion for Extension of Time*, providing Defendant through April 18, 2024, to provide a response.

4. Since then, Defendant has been diligently considering the merits of the matter and in conferring with Plaintiff's counsel, has confirmed Plaintiff would not oppose an additional extension of 15 days, to and including May 3, 2024, to provide a response in this matter.

**WHEREFORE,** Defendant respectfully requests this Court grant his *Second Unopposed Motion for Extension of Time.*

Dated: April 16, 2024

       Respectfully Submitted,

    */s/ Anita Y. Milanovich*
Anita Y. Milanovich (Mt. No. 12176)
General Counsel
OFFICE OF THE GOVERNOR
1301 E. 6th Ave.
Helena, MT 59601
Ph.: 406/444-5554
Email: anita.milanovich@mt.gov
*Counsel for Defendant*

## Certificate of Service

I hereby certify that a true and correct copy of the foregoing document was served on Plaintiff via CM/ECF electronic notice.

*/s/ Anita Y. Milanovich*
Anita Y. Milanovich
