# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MONTANA
# HELENA DIVISION

| | |
|---|---|
| **DO NO HARM**, <br><br> Plaintiff, <br><br> v. <br><br> **GREG GIANFORTE**, in his official capacity as Governor of the State of Montana, <br><br> Defendant. | Case No. 6:24-cv-00024-BMM-KLD <br><br> **ORDER GRANTING SECOND UNOPPOSED MOTION FOR EXTENSION OF TIME** |

Having considered Defendant's *Second Unopposed Motion for Extension of Time* and for good cause shown, the Court finds the motion should be **GRANTED**. Defendant shall have to and including May 3, 2024, to file a responsive document to Plaintiff's Complaint.

Dated: April __, 2024

_____
The Honorable Kathleen L. DeSoto, Magistrate Judge
United States District for the District of Montana