Anita Y. Milanovich (Mt. No. 12176)
General Counsel
OFFICE OF THE GOVERNOR
1301 E. 6th Ave.
Helena, MT 59601
Ph.: 406/444-5554
Email: anita.milanovich@mt.gov
*Counsel for Defendant*

### IN THE UNITED STATES DISTRICT COURT
### FOR THE DISTRICT OF MONTANA
### HELENA DIVISION

| | |
|---|---|
| **DO NO HARM**,<br><br>        Plaintiff,<br><br>v.<br><br>**GREG GIANFORTE**, in his official capacity as Governor of the State of Montana,<br><br>        Defendant. | Case No. 6:24-cv-00024-BMM-KLD<br><br>**DEFENDANT'S MOTION TO DISMISS** |

Pursuant to F.R.C.P. 12(b)(1) and L.R. 7.1, Defendant Governor Greg Gianforte moves the Court to grant his *Motion to Dismiss*. As more fully explained in the accompanying brief, the Court lacks subject matter jurisdiction because Plaintiff lacks standing and asserts a claim that is both unripe and moot.

Defendant's counsel conferred with opposing counsel, who confirmed that Plaintiff opposes this motion.

-2-

**WHEREFORE,** Defendant respectfully requests this Court grant his *Motion to Dismiss*.

Dated: May 3, 2024

                                               Respectfully Submitted,

                                               */s/ Anita Y. Milanovich*
                                               Anita Y. Milanovich (Mt. No. 12176)
                                               General Counsel
                                               OFFICE OF THE GOVERNOR
                                               1301 E. 6th Ave.
                                               Helena, MT 59601
                                               Ph.: 406/444-5554
                                               Email: anita.milanovich@mt.gov
                                               *Counsel for Defendant*

-3-

## Certificate of Service

    I hereby certify that a true and correct copy of the foregoing document was served on Plaintiff via CM/ECF electronic notice.

                                          */s/ Anita Y. Milanovich*
                                          Anita Y. Milanovich