# *Appointments*
## Exhibit A

# Boards - Edit

| ID | Person | Board Roles | Person City | Board Position | Start Date | End Date | TermNumber | Process Status | Status | Date Inserted | Date Last Updated |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 5838 | Diaz, Ana | | Billings | Member of the general public who is not a medical practitioner | 2/1/2022 | 9/1/2025 | 3rd Term | Active | Active | 8/31/2022 | 11/3/2023 |
| 5866 | Emerson, Christine | | Helena | Licensed Nutritionist | 2/1/2022 | 9/1/2025 | 2nd Term | Active | Active | 9/21/2022 | 11/3/2023 |
| 5867 | Guyer, James | Chair | Billings | Doctor of Medicine (MD) | 2/1/2022 | 9/1/2025 | 2nd Term | Active | Active | 9/21/2022 | 11/3/2023 |
| 6377 | Juhl Petersen, Camilla | | Missoula | Doctor of Medicine (MD) | 4/1/2024 | 7/1/2027 | 1st Term | Active | Active | 4/2/2024 | 4/3/2024 |
| 6376 | Magill, Ashleigh | | Whitefish | Doctor of Medicine (MD) with experience in emergency medicine | 4/1/2024 | 7/1/2027 | 2nd Term | Active | Active | 4/2/2024 | 4/5/2024 |
| 6001 | Painter, Gina | | Helena | Podiatrist Doctor of Medicine | 1/1/2023 | 9/1/2026 | 2nd Term | Active | Active | 1/6/2023 | 11/3/2023 |
| 5836 | Pfaff, Tony | | Deer Lodge | Member of the general public who is not a medical practitioner | 2/1/2022 | 9/1/2025 | 1st Term | Active | Active | 8/31/2022 | 11/3/2023 |
| 1116 | Robertson, Bruce | | Bozeman | Doctor of Medicine (MD) | 12/11/2020 | 9/1/2024 | 1st Term | Active | Active | 12/11/2020 | 1/4/2023 |
| 6005 | Robertson, Carley | | Havre | Doctor of Medicine (MD) | 1/1/2023 | 9/1/2026 | 1st Term | Active | Active | 1/11/2023 | 11/3/2023 |
| 6003 | Smith, Adam | | Polson | Osteopath Doctor of Medicine | 1/1/2023 | 9/1/2026 | 1st Term | Active | Active | 1/6/2023 | 11/3/2023 |
| 5868 | Wethern, Connie | | Glasgow | Volunteer Emergency Medical Technician | 2/1/2022 | 9/1/2025 | 1st Term | Active | Active | 9/21/2022 | 11/3/2023 |
| 5837 | Yates, Brooke | | Red Lodge | Licensed Physician's Assistant | 2/1/2022 | 9/1/2025 | 1st Term | Active | Active | 8/31/2022 | 11/3/2023 |