# *HB 424: Introduced*
## Exhibit B

52nd Legislature                                              LC 1321/01

```
 1                    House BILL NO. 424
 2    INTRODUCED BY [signatures]
 3    [signatures]
 4    A BILL FOR AN ACT ENTITLED: "AN ACT TO MANDATE THAT ALL
 5    APPOINTIVE BOARDS, COMMISSIONS, COMMITTEES, AND COUNCILS OF
 6    THE STATE BE GENDER-BALANCED TO THE GREATEST EXTENT
 7    POSSIBLE; AND TO PROVIDE THAT BY JANUARY 1, 1994, 10 PERCENT
 8    OF THE TOTAL MEMBERSHIP OF APPOINTIVE ENTITIES MUST
 9    REPRESENT MINORITIES."
10
11    BE IT ENACTED BY THE LEGISLATURE OF THE STATE OF MONTANA:
12         NEW SECTION. Section 1. Gender and racial balance. (1)
13    All appointive boards, commissions, committees, and councils
14    of the state must be gender-balanced to the greatest extent
15    possible.
16         (2) By January 1, 1994, 10% of the total membership of
17    appointive boards, commissions, committees, and councils of
18    the state must represent minorities resident in Montana.
19         NEW SECTION. Section 2. Codification instruction.
20    [Section 1] is intended to be codified as an integral part
21    of Title 2, chapter 15, part 1, and the provisions of Title
22    2, chapter 15, part 1, apply to [section 1].
                              -End-
```

INTRODUCED BILL
HB 424