# *Sample Reports*
## Exhibit C

# Gender Summary for All Boards

| Gender | Percentage | Total Count by Gender |
|---|---|---|
| Female | 38.60% | 425 |
| Male | 60.04% | 661 |
| Vacant | 1.36% | 15 |
| | **Grand Total** | 1101 |

Friday, January 04, 2013

Page 1 of 1

# Race Summary for All Boards

| Reported Race | Percentage | Total Count by Race |
|---|---|---|
| Asian | 0.09% | 1 |
| Black | 0.09% | 1 |
| Hispanic | 0.36% | 4 |
| Native American | 9.72% | 107 |
| Unknown | 0.91% | 10 |
| Vacant | 1.36% | 15 |
| White | 87.47% | 963 |
| **Grand Total** | | 1101 |

Friday, January 04, 2013

# REPORT TITLE: Gender and Racial Balance in Appointments

**ABSTRACT:** One page report of the positive action taken to attain gender balance and proportional representation of minorities in gubernatorial appointments by Governor Bullock, per MCA 2-15-108.

**REPORT DATE:** August 18, 2014 – *All numbers current as of report date*

**NUMBER OF COPIES:** We will provide five (5) copies of the report, and will provide the report electronically. Please let us know if you require additional copies.

**COST:** The Governor's office will absorb the cost of printing.

**POINT OF CONTACT:** Stacey Otterstrom, Boards and Appointments Advisor

## GENDER DIVERSITY

|  | 2012 Report Submitted by Governor Schweitzer | | 2014 Report Submitted by Governor Bullock | |
|---|---|---|---|---|
| Female Appointments | 425 | 38.60% | 495 | 41.28% |
| Male Appointments | 661 | 60.04% | 704 | 58.72% |
| Vacant* | 15 | 1.36% | | |
| TOTAL | 1,101 | | 1,199 | |

## RACIAL DIVERSITY

|  | 2012 Report Submitted by Governor Schweitzer | | 2014 Report Submitted by Governor Bullock | |
|---|---|---|---|---|
| Asian | 1 | 0.09% | 1 | 0.08% |
| African American | 1 | 0.09% | 1 | 0.08% |
| Caucasian | 963 | 87.47% | 1,068 | 89.07% |
| Hispanic | 4 | 0.36% | 7 | 0.58% |
| Native American | 107 | 9.72% | 121 | 10.09% |
| Unknown | 10 | 0.91% | 1 | 0.08% |
| Vacant* | 15 | 1.36% | | |
| TOTALS | 1,101 | | 1,199 | |

*Governor Bullock is reporting the gender and race of the previous office holder if a particular position is vacant due to a resignation, death or any other type of vacancy.

# REPORT TITLE: Gender and Racial Balance in Appointments

| | |
|---|---|
| ABSTRACT: | One page report of the positive action taken to attain gender balance and proportional representation of minorities in gubernatorial appointments by Governor Bullock, per MCA 2-15-108. |
| REPORT DATE: | August 29, 2016 – *All numbers current as of report date* |
| NUMBER OF COPIES: | We will provide five (5) copies of the report, and will provide the report electronically. Please let us know if you require additional copies. |
| COST: | The Governor's office will absorb the cost of printing. |
| POINT OF CONTACT: | Stacey Otterstrom, Boards and Appointments Advisor x4405 |

**GENDER DIVERSITY**

| | Final Report from Previous Administration | | 2016 Diversity | |
|---|---|---|---|---|
| Female Appointments | 425 | 38.60% | 493 | 40.05% |
| Male Appointments | 661 | 60.04% | 738 | 59.95% |
| Vacant* | 15 | 1.36% | N/A | N/A |
| TOTAL | 1,101 | | 1,231 | |

**RACIAL DIVERSITY**

| | Final Report from Previous Administration | | 2016 Diversity | |
|---|---|---|---|---|
| Asian | 1 | 0.09% | 3 | 0.24% |
| African American | 1 | 0.09% | 1 | 0.08% |
| Caucasian | 963 | 87.47% | 1,099 | 89.27% |
| Hispanic | 4 | 0.36% | 11 | 0.89% |
| Native American | 107 | 9.72% | 113 | 9.18% |
| Other | 10 | 0.91% | 4 | 0.32% |
| Vacant* | 15 | 1.36% | N/A | N/A |
| TOTALS | 1,101 | | 1,231 | |

*Governor Bullock is reporting the gender and race of the previous office holder if a particular position is vacant due to a resignation, death or any other type of vacancy.

# REPORT TITLE: Gender and Racial Balance in Appointments

| | |
|---|---|
| ABSTRACT: | One page report of the positive action taken to attain gender balance and proportional representation of minorities in gubernatorial appointments by Governor Bullock, per MCA 2-15-108. |
| REPORT DATE: | September 21, 2018 – *All numbers current as of report date* |
| NUMBER OF COPIES: | We will provide five (5) copies of the report, and will provide the report electronically. Please let us know if you require additional copies. |
| COST: | The Governor's office will absorb the cost of printing. |
| POINT OF CONTACT: | Stacey Otterstrom, Boards and Appointments Advisor x4405 |

## GENDER DIVERSITY

| | Final Report from Previous Administration | | 2018 Diversity | |
|---|---|---|---|---|
| Female Appointments | 425 | 38.60% | 551 | 42.71% |
| Male Appointments | 661 | 60.04% | 739 | 57.28% |
| Vacant* | 15 | 1.36% | N/A | N/A |
| **TOTAL** | 1,101 | | 1,290 | |

## RACIAL DIVERSITY

| | Final Report from Previous Administration | | 2018 Diversity | |
|---|---|---|---|---|
| Asian | 1 | 0.09% | 6 | 0.47% |
| African American | 1 | 0.09% | 4 | 0.31% |
| Caucasian | 963 | 87.47% | 1,116 | 86.51% |
| Hispanic | 4 | 0.36% | 6 | 0.47% |
| Native American | 107 | 9.72% | 103 | 7.98% |
| Other | 10 | 0.91% | 15 | 1.16% |
| Vacant* | 15 | 1.36% | N/A | N/A |
| **TOTALS** | 1,101 | | 1,290 | |

*Governor Bullock is reporting the gender and race of the previous office holder if a particular position is vacant due to a resignation, death or any other type of vacancy.

# OFFICE OF THE GOVERNOR
## STATE OF MONTANA

GREG GIANFORTE
GOVERNOR



KRISTEN JURAS
LT. GOVERNOR

Date: September 1, 2022
To: Jerry Howe, Executive Director, Legislative Services Division
From: Hannah Slusser, Governor's Boards and Appointments Advisor
Re: Board Gender and Racial Balance Report as Required by 2-15-108, MCA

Section 2-15-108, MCA, requires the governor to report to the legislature on the progress made toward achieving, to the greatest extent possible, the goal of attaining gender balance and proportional representation of minorities resident in Montana.

This report is available electronically at this link:
https://governor.mt.gov/GenderRacialBalanceReport_CurrentAppointments.pdf

| Gender | 2022 Diversity | | Final Report from Previous Administration | |
|---|---|---|---|---|
| | Count | Percent | Count | Percent |
| Female | 496 | 41.03% | 527 | 42.13% |
| Male | 708 | 58.56% | 724 | 57.18% |
| Unspecified* | 5 | 0.41% | - | - |
| Total: | 1,209 | | 1,251 | |

| Race | 2022 Diversity | | Final Report from Previous Administration | |
|---|---|---|---|---|
| | Count | Percent | Count | Percent |
| American Indian/Alaskan Native | 84 | 6.95% | 106 | 8.7% |
| Asian | 6 | 0.50% | 6 | 0.48% |
| Caucasian | 1,040 | 86.02% | 1,114 | 88.5% |
| Hispanic | 4 | 0.33% | 6 | 0.48% |
| Other | 13 | 1.08% | 14 | 1.12% |
| Unspecified* | 62 | 5.13% | - | - |
| Total: | 1,209 | | 1,251 | |

*This is to denote information that the appointees did not provide

STATE CAPITOL • P.O. BOX 200801 • HELENA, MONTANA 59620-0801
TELEPHONE: 406-444-3111 • FAX: 406-444-5529 • WEBSITE: WWW.MT.GOV