IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
HELENA DIVISION

| | |
|---|---|
| DO NO HARM,<br><br>                Plaintiff,<br><br>vs.<br><br>GREGORY GIANFORTE, in his official capacity as Governor of the State of Montana,<br><br>                Defendant. | CV 24-24-H-BMM-KLD<br><br>ORDER |

Defendant Gregory Gianforte has filed a Motion to Dismiss for Lack of Jurisdiction. (Doc. 19). Accordingly,

IT IS ORDERED that the preliminary pretrial conference scheduled for June 12, 2024 and all related deadlines in the preliminary pretrial conference order (Doc. 3) are VACATED pending a ruling on Defendant's motion to dismiss.

DATED this 6th day of May, 2024.

_____
Kathleen L. DeSoto
United States Magistrate Judge