Matthew G. Monforton, Montana Bar No. 5245
Monforton Law Offices, PLLC
32 Kelly Court
Bozeman, Montana 59718
Email: matthewmonforton@yahoo.com
Telephone: (406) 570-2949

Ethan Blevins, Montana Bar No. 37415893
Caleb Trotter (Pro Hac Vice)
Samantha Romero (Application for Pro Hac Vice pending)
PACIFIC LEGAL FOUNDATION
555 Capitol Mall, Suite 1290
Sacramento, CA 95814
EBlevins@pacificlegal.org
CTrotter@pacificlegal.org
SRomero@pacificlegal.org
Telephone: (916) 419-7111

*Attorneys for Plaintiff Do No Harm*

## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MONTANA
## HELENA DIVISION

| | |
|---|---|
| DO NO HARM, | ) |
| | ) Case No. 6:24-cv-00024-BMM-KLD |
|    Plaintiff, | ) |
| | ) **MOTION FOR SAMANTHA** |
|    v. | ) **ROMERO TO APPEAR PRO HAC** |
| | ) **VICE** |
| GREG GIANFORTE, in his official capacity | ) |
| as Governor of the State of Montana, | ) |
| | ) |
|    Defendant. | ) |
| | ) |

Plaintiff, through its attorney, Caleb R. Trotter, hereby moves this Court for

an order admitting Samantha Romero pro hac vice, so that Ms. Romero may

appear as co-counsel for Plaintiff.  This Motion is supported by the Affidavit of

Samantha Romero, attached hereto as **Exhibit 1.**

I am an attorney for Plaintiff. I am admitted to practice Pro Hac Vice for this

case (Doc. 8). This Court and opposing counsel may readily communicate with

myself or co-counsel, including local counsel Matthew Monforton, regarding the

conduct of this case. Therefore, pursuant to this Court's Order (Doc. 8), I request

this Court grant this Motion for admission Pro Hac Vice and allow Samantha

Romero to participate as co-counsel for Plaintiff in this matter.

Dated: May 8, 2024                    Respectfully submitted,

                                      /s/ *Caleb R. Trotter*
                                      Caleb R. Trotter
                                      PACIFIC LEGAL FOUNDATION
                                      555 Capitol Mall, Suite 1290
                                      Sacramento, CA 95814
                                      CTrotter@pacificlegal.org
                                      Telephone: (916) 419-7111

## CERTIFICATE OF SERVICE

I hereby certify that on May 8, 2024, I electronically filed the

foregoing document with the Clerk of Court using the CM/ECF system, which

will send notice of such filing to counsel of record who are registered with

CM/ECF.


Dated: May 8, 2024                          Respectfully submitted,

                                            /s/ *Caleb R. Trotter*
                                            Caleb R. Trotter
                                            PACIFIC LEGAL FOUNDATION
                                            555 Capitol Mall, Suite 1290
                                            Sacramento, CA 95814
                                            CTrotter@pacificlegal.org
                                            Telephone: (916) 419-7111