Matthew Monforton, Montana Bar No. 5425
Monforton Law Offices, PLLC
32 Kelly Court
Bozeman, Montana 59718
matthewmonforton@yahoo.com
Phone: (406) 570-2949
Fax: (406) 551-6919

Ethan Blevins, Montana Bar No. 37415893
Caleb Trotter (Pro Hac Vice)
Samantha Romero (Application for Pro Hac Vice pending)
PACIFIC LEGAL FOUNDATION
555 Capitol Mall, Suite 1290
Sacramento, CA 95814
EBlevins@pacificlegal.org
CTrotter@pacificlegal.org
SRomero@pacificlegal.org
Telephone: (916) 419-7111

*Attorneys for Plaintiff Do No Harm*

**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
HELENA DIVISION**

| | |
|---|---|
| DO NO HARM,<br><br>　　　　　　　　Plaintiff,<br><br>　v.<br><br>GREGORY GIANFORTE, in his official capacity as Governor of the State of Montana,<br><br>　　　　　　　　Defendant. | Civil Action No.: 6:24-cv-00024-BMM-KLD<br><br>AFFIDAVIT IN SUPPORT OF MOTION FOR SAMANTHA ROMERO TO APPEAR PRO HAC VICE |

1

I, Samantha Romero, pursuant to Rule 83.1(d)(4) of the United States District Court for the District of Montana, being duly sworn on oath, state as follows:

A. I reside in the State of Maryland and am an attorney with Pacific Legal Foundation, located at 555 Capitol Mall, Suite 1290 Sacramento, CA 95814; my telephone number is (916) 419-7111; my fax number is (916) 419-7747; and my email address is sromero@pacificlegal.org.

B. The appropriate admission fee was paid with filing of the Motion to Appear Pro Hac Vice.

C. I have reviewed the CM/ECF User's Guide for Filing in the District of Montana.

D. I was previously admitted to practice in the bar of the State of Wisconsin, admitted on December 12, 2018, and voluntarily resigned in good standing on July 25, 2022. I am currently admitted to practice in the bars of the State of California, admitted on July 6, 2022, and the District of Columbia Court of Appeals, admitted on January 2, 2022. None of my admissions have been terminated.

E. I am in good standing and eligible to practice in these courts.

F. I am not currently suspended or disbarred in any other court.

G. I have never been held in contempt or otherwise disciplined by any court for disobedience to its rules or orders, or sanctioned, under Fed. R. Civ. P. 11 or 37(b) or their state equivalent.

H. I have not concurrently or within the two years preceding the date of this Motion to Appear Pro Hac Vice made any *pro hac vice* application to this court.

I. I understand that *pro hac vice* admission in this court is personal to me only and is not admission of my law firm and that I will be held fully accountable for the conduct of the litigation in this court.

J. I have complied with Montana Rules of Professional Conduct 8.5. Attached as Exhibit A is my agreement to be bound by the Montana Rules of Professional Conduct 8.5.

I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge, information, and belief.

DATED: April 30, 2024.                    Respectfully submitted,

                                          *[signature]*
                                          Samantha Romero

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MONTANA
# HELENA DIVISION

| | |
|---|---|
| DO NO HARM,<br><br>                          Plaintiff,<br><br>v.<br><br>GREGORY GIANFORTE, in his official capacity as Governor of the State of Montana,<br><br>                      Defendant. | Civil Action No.: 6:24-cv-00024-BMM-KLD<br><br>AFFIDAVIT IN SUPPORT OF MOTION FOR SAMANTHA ROMERO TO APPEAR PRO HAC VICE |

## EXHIBIT A

I, Samantha Romero, hereby certify in writing and under oath to this court that, except as to Rules 6.1–6.4 of the Montana Rules of Professional Conduct ("Rules"), I will be bound by these Rules in my practice of law in Montana and will be subject to the disciplinary authority of Montana.

A copy of this certification will be mailed, contemporaneously, to the business office of the State Bar of Montana in Helena, Montana.

                                                                       _/s/ Samantha Romero_
                                                                       Samantha Romero

Subscribed and sworn to (or affirmed) before me on this 30th day of April, 2024, Samantha Romero, proved to me on the basis of satisfactory evidence to be the person who appeared before me.

_____
Notary Public