IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
HELENA DIVISION

| | |
|---|---|
| DO NO HARM,<br><br>　　Plaintiffs,<br><br>vs.<br><br>GREG GIANFOTE, in his official capacity as Governor of the State of Montana,<br><br>　　Defendant. | CV 24-24-H-BMM-KLD<br><br><br>ORDER |

　　Plaintiff moves for the admission of Samantha Romero to practice before this Court in this case with Matthew G. Monforton to act as local counsel. Ms. Romero's application appears to be in order.

　　Accordingly, IT IS HEREBY ORDERED that Plaintiff's motion to admit Samantha Romero pro hac vice is GRANTED on the condition that Ms. Romero shall do her own work. This means that Ms. Romero must do her own writing, sign her own pleadings, motions, and briefs, and appear and participate personally. Counsel shall take steps to register in the Court's electronic filing system ("CM-ECF"). Further information is available on the Court's website, www.mtd.uscourts.gov, or from the Clerk's Office.

IT IS FURTHER ORDERED that this Order is subject to withdrawal unless Ms. Romero, within fifteen (15) days of the date of this Order, files a pleading acknowledging her admission under the terms set forth above.

DATED this 8th day of May, 2024.

_____
Kathleen L. DeSoto
United States Magistrate Judge