Matthew Monforton, Montana Bar No. 5425
Monforton Law Offices, PLLC
32 Kelly Court
Bozeman, Montana 59718
matthewmonforton@yahoo.com
Phone: (406) 570-2949
Fax: (406) 551-6919

Ethan Blevins, Mont. Bar No. 37415893
Caleb R. Trotter (Pro Hac Vice)
Samantha Romero (Pro Hac Vice)
Pacific Legal Foundation
555 Capitol Mall, Suite 1290
Sacramento, CA 95814
EBlevins@pacificlegal.org
CTrotter@pacificlegal.org
SRomero@pacificlegal.org
Telephone: (916) 419-7111
Fax: (916) 419-7747

*Attorneys for Plaintiff Do No Harm*

**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
HELENA DIVISION**

| | |
|---|---|
| DO NO HARM, <br><br> Plaintiff, <br><br> v. <br><br> GREGORY GIANFORTE, in his official capacity as Governor of the State of Montana, <br><br> Defendant. | Case No.: 6:24-cv-00024-BMM-KLD <br><br> ACKNOWLEDGEMENT AND ACCEPTANCE OF ADMISSION OF SAMANTHA ROMERO |

1

I, Samantha Romero, have reviewed the Order of this Court dated May 8, 2024, granting my admission pro hac vice. I hereby accept this Court's conditions on my admission as set forth in the Order.

Specifically, I acknowledge:

1. That I agree to do my own work, meaning that I will do my own writing, sign my own pleadings, motions, and briefs, and appear and participate in this case personally.

2. I have registered with the Court's electronic filing system (CM-ECF).

3. I understand that my admission is personal to me and not the firm for which I work.

4. Matthew Monforton will serve as local counsel. Mr. Monforton will sign all pleadings, motions, and briefs, and any other documents served or filed. Mr. Monforton will also exercise all other responsibilities required of him as local counsel in accordance with L.R. 83.1(d)(7).

DATED: May 15, 2024                     Respectfully submitted:


*/s/ Matthew Monforton*                  */s/ Samantha Romero*
Matthew Monforton                        Samantha Romero
Monforton Law Offices PLLC               Pacific Legal Foundation
32 Kelly Court                           555 Capitol Mall, Suite 1290
Bozeman, Montana 59718                   Sacramento, CA 95814
matthewmonforton@yahoo.com               SRomero@pacificlegal.org
Phone: (406) 570-2949                    Telephone: (916) 419-7111
Fax: (406) 551-6919                      Fax: (916) 419-7747


*Attorneys for Plaintiff*

## CERTIFICATE OF SERVICE

I hereby certify that on May 15, 2024, I electronically filed the foregoing document with the Clerk of Court using the CM/ECF system, which will send notice of such filing to counsel of record who are registered with CM/ECF.

            Respectfully submitted,

            */s/ Samantha Romero*
            Samantha Romero