Anita Y. Milanovich (Mt. No. 12176)
General Counsel
OFFICE OF THE GOVERNOR
1301 E. 6th Ave.
Helena, MT 59601
Ph.: 406/444-5554
Email: anita.milanovich@mt.gov
*Counsel for Defendant*

# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MONTANA
## HELENA DIVISION

| | |
|---|---|
| **DO NO HARM**, <br><br> Plaintiff, <br><br> v. <br><br> **GREG GIANFORTE**, in his official capacity as Governor of the State of Montana, <br><br> Defendant. | Case No. 6:24-cv-00024-BMM-KLD <br><br> **DEFENDANT'S MOTION TO DISMISS AMENDED COMPLAINT** |

Pursuant to F.R.C.P. 12(b)(1) and L.R. 7.1, Defendant Governor Greg Gianforte moves the Court to grant his *Motion to Dismiss Amended Complaint*. As more fully explained in the accompanying brief, the Court lacks subject matter jurisdiction because Plaintiff lacks standing and asserts a claim that is unripe.

Defendant's counsel conferred with opposing counsel, who confirmed that Plaintiff opposes this motion.

-2-

**WHEREFORE,** Defendant respectfully requests this Court grant his *Motion to Dismiss*.

Dated: June 7, 2024

                                           Respectfully Submitted,

                                           */s/ Anita Y. Milanovich*
                                        Anita Y. Milanovich (Mt. No. 12176)
                                        General Counsel
                                        OFFICE OF THE GOVERNOR
                                        1301 E. 6th Ave.
                                        Helena, MT 59601
                                        Ph.: 406/444-5554
                                        Email: anita.milanovich@mt.gov
                                        *Counsel for Defendant*

## Certificate of Service

I hereby certify that a true and correct copy of the foregoing document was served on Plaintiff via CM/ECF electronic notice.

*/s/ Anita Y. Milanovich*
Anita Y. Milanovich
