# *HB 424: Introduced*
## Exhibit B

52nd Legislature                                            LC 1321/01

1       House BILL NO. 424
2       INTRODUCED BY [signatures]
3       [signatures]
4       A BILL FOR AN ACT ENTITLED: "AN ACT TO MANDATE THAT ALL
5       APPOINTIVE BOARDS, COMMISSIONS, COMMITTEES, AND COUNCILS OF
6       THE STATE BE GENDER-BALANCED TO THE GREATEST EXTENT
7       POSSIBLE; AND TO PROVIDE THAT BY JANUARY 1, 1994, 10 PERCENT
8       OF THE TOTAL MEMBERSHIP OF APPOINTIVE ENTITIES MUST
9       REPRESENT MINORITIES."
10
11      BE IT ENACTED BY THE LEGISLATURE OF THE STATE OF MONTANA:
12          NEW SECTION. **Section 1.** Gender and racial balance. (1)
13      All appointive boards, commissions, committees, and councils
14      of the state must be gender-balanced to the greatest extent
15      possible.
16          (2) By January 1, 1994, 10% of the total membership of
17      appointive boards, commissions, committees, and councils of
18      the state must represent minorities resident in Montana.
19          NEW SECTION. **Section 2.** Codification instruction.
20      [Section 1] is intended to be codified as an integral part
21      of Title 2, chapter 15, part 1, and the provisions of Title
22      2, chapter 15, part 1, apply to [section 1].

                                -End-

INTRODUCED BIL
HB 424