# *Board of Plumbers*
## Exhibit D



SEARCH MT.GOV

Boards and Appointments

Boards

Appointments

Current Openings

Apply Now!

Member Resources

Contact

Home  /  Boards and Appointments  /  Boards  / Boards - View

# Plumbers, Board of

Print

Website ⓘ

Visit Website

Agency ⓘ

Department of Labor and Industry

Authority ⓘ

Montana Code Annotated (View)

Function ⓘ

Licensing Board - Business Standards

Description ⓘ

Board is charged with licensing and regulating persons and businesses engaged in plumbing professions and occupations.

Total Positions ⓘ

8

Total Positions Appointed by the Governor ⓘ

8

Term Length ⓘ

4 Years

## Current Members

Search filtered records

| Last Name | First Name | Board Position |
| --- | --- | --- |
| Carlson | Karl | Department of Environmental Quality Representative |
| Gilchrist | Craig | Representative of the public, not engaged in the business of installing or selling pluml |
| Jorgenson | Mykal | Journeyman Plumber |
| Lemert | Scott | Master Plumber |
| Queer | Quinton | Master Plumber |
| Roll | Steve | Representative of the public, not engaged in the business of installing or selling pluml |

| Last Name | First Name | Board Position |
|---|---|---|
|  |  |  |
| Shaw | Brandon | Journeyman Plumber |

Showing 1 to 7 of 7 entries

# Current Openings

Search filtered records

| | Position | Term L |
|---|---|---|
| Apply Now! | Journeyman Plumber | |
| Apply Now! | Master Plumber | |
| Apply Now! | Representative of the public, not engaged in the business of installing or selling plumbing equip. | |
| Apply Now! | Department of Environmental Quality Representative | 4 Y |
| Apply Now! | Journeyman Plumber | 4 Y |
| Apply Now! | Master Plumber | 4 Y |
| Apply Now! | Representative of the public, not engaged in the business of installing or selling plumbing equip. | 4 Y |

Showing 1 to 7 of 7 entries

## Office of the Governor

PO Box 200801

Helena, MT 59620-0801

Toll Free: 855-318-1330

Phone: 406-444-3111

FAX: 406-444-5529

[Contact Us](#)

[Directory](#)

## Governor's Offices

[Office of the Governor](#)

[Budget and Program Planning](#)

[Community Service](#)

[Indian Affairs](#)

[Mental Disabilities Board of Visitors](#)

[Mental Health Ombudsman](#)

## Flag Status



   

Privacy & Security    Accessibility    mt.gov