Anita Y. Milanovich (Mt. No. 12176)
General Counsel
OFFICE OF THE GOVERNOR
1301 E. 6th Ave.
Helena, MT 59601
Ph.: 406/444-5554
Email: anita.milanovich@mt.gov
*Counsel for Defendant*

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MONTANA
# HELENA DIVISION

| | |
|---|---|
| **DO NO HARM**,<br><br>            Plaintiff,<br><br>v.<br><br>**GREG GIANFORTE**, in his official capacity as governor of the State of Montana,<br><br>            Defendant. | Case No. 6:24-cv-00024-BMM-KLD<br><br>**UNOPPOSED MOTION FOR EXTENSION OF TIME TO FILE REPLY BRIEF** |

Pursuant to F.R.C.P. 7 and L.R. 7.1, Defendant Governor Greg Gianforte moves this Court to grant his *Unopposed Motion for Extension of Time to File Reply Brief*. In support of his motion, Defendant states as follows:

1. On June 28, 2024, Plaintiff timely filed its response to Defendant's *Motion to Dismiss*. (Doc. 28.)

2. Pursuant to L.R. 7.1(d)(1)(C), Defendant has 14 days to file a reply. So Defendant's deadline is presently July 12, 2024.

3. While intending to meet the deadline, a planned vacation and death in a colleague's family has affected Defendant's counsel workload so as to make the July 12, 2024, deadline a hardship.

4. Counsel for Defendant anticipates an additional 14 days, to and including July 26, 2024, will be sufficient time to prepare the requisite reply.

5. Counsel for Defendant has conferred with opposing counsel, who does not oppose this motion.

**WHEREFORE**, Defendant Governor Gianforte respectfully moves that the Court grant his *Motion for Extension of Time to File Reply*.

Dated: July 11, 2024

                                                  Respectfully Submitted,

                                                  */s/ Anita Y. Milanovich*
Anita Y. Milanovich (Mt. No. 12176)
General Counsel
OFFICE OF THE GOVERNOR
1301 E. 6th Ave.
Helena, MT 59601
Ph.: 406/444-5554
Email: anita.milanovich@mt.gov
*Counsel for Defendant*

## Certificate of Service

I hereby certify that a true and correct copy of the foregoing document was served on Plaintiff via CM/ECF electronic notice.

*/s/ Anita Y. Milanovich*
Anita Y. Milanovich
