# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MONTANA
# HELENA DIVISION

| | |
|---|---|
| **DO NO HARM**,<br><br>       Plaintiff,<br><br>v.<br><br>**GREG GIANFORTE**, in his official capacity as Governor of the State of Montana,<br><br>       Defendant. | Case No. 6:24-cv-00024-BMM-KLD<br><br>**ORDER GRANTING UNOPPOSED MOTION FOR EXTENSION OF TIME TO FILE REPLY BRIEF** |

    Having considered Defendant's *Unopposed Motion for Extension of Time to File Reply Brief* and for good cause shown, the Court finds the motion should be **GRANTED**. Defendant shall have to and including July 26, 2024, to file a reply brief supporting his Motion to Dismiss.

    Dated: July __, 2024

_____
The Honorable Kathleen L. DeSoto, Magistrate Judge
United States District for the District of Montana