IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
HELENA DIVISION

| | |
|---|---|
| DO NO HARM,<br><br>   Plaintiff,<br><br>vs.<br><br>GREG GIANFORTE, in his official capacity as Governor of the State of Montana,<br><br>   Defendant. | CV 24-24-H-BMM-KLD<br><br><br>ORDER |

Defendant Greg Gianforte has filed an unopposed motion for an extension of time to file a reply in support of his motion to dismiss. (Doc. 29). Accordingly,

IT IS ORDERED that the motion is GRANTED. Defendant shall have to and including July 26, 2024, to file a reply brief supporting his motion to dismiss.

DATED this 11th day of July, 2024.

_____
Kathleen L. DeSoto
United States Magistrate Judge

1