Anita Y. Milanovich (Mt. No. 12176)
General Counsel
OFFICE OF THE GOVERNOR
1301 E. 6th Ave.
Helena, MT 59601
Ph.: 406/444-5554
Email: anita.milanovich@mt.gov
*Counsel for Defendant*

## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MONTANA
## HELENA DIVISION

| | |
|---|---|
| **DO NO HARM**, | |
| Plaintiff, | |
| | Case No. 6:24-cv-00024-BMM-KLD |
| v. | |
| | **UNOPPOSED MOTION FOR** |
| **GREG GIANFORTE**, in his official | **EXTENSION OF TIME TO FILE** |
| capacity as governor of the State of | **RESPONSE TO OBJECTIONS** |
| Montana, | |
| Defendant. | |

Pursuant to F.R.C.P. 7 and L.R. 7.1, Defendant Governor Greg Gianforte moves this Court to grant his *Unopposed Motion for Extension of Time to File Response to Objections.* In support of his motion, Defendant states as follows:

1. On January 24, 2025, Plaintiff filed its objections to Magistrate De Soto's findings and recommendations in this matter (Doc. 32, 33).

2. Pursuant to F.R.C.P. 72(b)(2) and L.R. 72.3(b), Defendant must file any response within 14 days of being served with the objections. Defendant's responsive deadline is February 7, 2025.

3. Due to legislative session, counsel for Defendant is unable to meet that deadline.

4. Counsel for Defendant anticipates an additional 14 days, to and including February 21, 2025, will be sufficient time to prepare the requisite response.

5. Counsel for Defendant has conferred with opposing counsel, who does not oppose this motion.

Dated: February 4, 2025

Respectfully Submitted,

*/s/ Anita Y. Milanovich*
Anita Y. Milanovich (Mt. No. 12176)
General Counsel
OFFICE OF THE GOVERNOR
1301 E. 6th Ave.
Helena, MT 59601
Ph.: 406/444-5554
Email: anita.milanovich@mt.gov
*Counsel for Defendant*

## Certificate of Service

I hereby certify that a true and correct copy of the foregoing document was served on Plaintiff via CM/ECF electronic notice.

_/s/ Anita Y. Milanovich_
Anita Y. Milanovich