IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
HELENA DIVISION

| | |
|---|---|
| **DO NO HARM**,<br><br>　　　　　Plaintiff,<br><br>v.<br><br>**GREG GIANFORTE**, in his official capacity as Governor of the State of Montana,<br><br>　　　　　Defendant. | Case No. 6:24-cv-00024-BMM-KLD<br><br>**ORDER GRANTING UNOPPOSED MOTION FOR EXTENSION OF TIME TO FILE RESPONSE TO OBJECTIONS** |

Having considered Defendant's *Unopposed Motion for Extension of Time to File Response to Objections* and for good cause shown, the Court finds the motion should be **GRANTED**. Defendant shall have to and including February 21, 2025, to file a response to Plaintiff's objections.

Dated: February 4th, 2025

_____
Brian Morris, Chief District Judge
United States District Courts