UNITED STATES DISTRICT COURT
DISTRICT OF MONTANA
HELENA DIVISION

| | |
|---|---|
| DO NO HARM,<br><br>                Plaintiff,<br><br>vs.<br><br>GREGORY GIANFORTE, in his official capacity as Governor of the State of Montana,<br><br>                Defendant. | Case No. CV-24-24-H-BMM-KLD<br><br>JUDGMENT IN A CIVIL CASE |

☐ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☒ **Decision by Court.** This action came before the Court for bench trial, hearing, or determination on the record. A decision has been rendered.

    IT IS ORDERED AND ADJUDGED : Governor's Motion to Dismiss [26] is GRANTED. Do No Harm's Amended Complaint [25] is DISMISSED without prejudice. The Governor's Motion to Dimiss [19] the original Complaint is DENIED as moot.

    Dated this 5th day of February, 2025

                                      TYLER P. GILMAN, CLERK

                                      By:   /s/ M. Stewart
                                                 Deputy Clerk