Samantha Romero (Cal. Bar No. 344476*)
Ethan Blevins (Mont. Bar No. 37415893)
Caleb R. Trotter (Cal. Bar No. 305195*)
PACIFIC LEGAL FOUNDATION
555 Capitol Mall, Suite 1290
Sacramento, CA 95814
SRomero@pacificlegal.org
EBlevins@pacificlegal.org
CTrotter@pacificlegal.org
Telephone: (916) 419-7111
* *Pro hac vice*

Matthew G. Monforton (Mont. Bar No. 5245)
MONFORTON LAW OFFICES, PLLC
32 Kelly Court
Bozeman, MT 59718
matthewmonforton@yahoo.com
Telephone: (406) 570-2949

*Attorneys for Plaintiff Do No Harm*

### IN THE UNITED STATES DISTRICT COURT
### FOR THE DISTRICT OF MONTANA
### HELENA DIVISION

| | |
|---|---|
| DO NO HARM,<br><br>　　　　　　Plaintiff,<br><br>　v.<br><br>GREGORY GIANFORTE, in his official capacity as Governor of the State of Montana,<br><br>　　　　　　Defendant. | Case No.: 6:24-cv-00024-BMM-KLD<br><br>MOTION FOR CLARIFICATION PURSUANT TO RULE 60(a), OR IN THE ALTERNATIVE, TO VACATE JUDGMENT PURSUANT TO RULE 59(e) or 60(b) |

1

Plaintiff Do No Harm, by and through its attorneys of record, hereby moves this Court pursuant to Fed. R. Civ. P. 60(a) for clarification of its Order and Judgment entered in this case on February 5, 2025. (ECF Nos. 36, 37). In the alternative, Plaintiff moves pursuant to Fed. R. Civ. P. 59(e) or 60(b) to set aside or vacate the Judgment.

Pursuant to L.R. 7.1(c), this Motion has been discussed with counsel for Defendant, who objects.

DATED: February 28, 2025.

Respectfully submitted,

/s/ *Matthew G. Monforton*
Matthew G. Monforton
Mont. Bar No. 5245
MONFORTON LAW OFFICES, PLLC
32 Kelly Court
Bozeman, MT 59718
matthewmonforton@yahoo.com
Telephone: (406) 570-2949

/s/ *Samantha Romero*
Samantha Romero
Cal. Bar. No. 344476*
Ethan Blevins
Mont. Bar No. 37415893
Caleb R. Trotter
Cal. Bar No. 305195*
PACIFIC LEGAL FOUNDATION
555 Capitol Mall, Suite 1290
Sacramento, CA 95814
SRomero@pacificlegal.org
EBlevins@pacificlegal.org
CTrotter@pacificlegal.org
Telephone: (916) 419-7111
* *Pro hac vice*

*Attorneys for Plaintiff Do No Harm*

## Certificate of Service

I hereby certify that on February 28, 2025, I electronically filed the foregoing document with the Clerk of Court using the CM/ECF system, which will send notice of such filing to counsel of record who are registered with CM/ECF.

DATED: February 28, 2025.

/s/ *Samantha Romero*
Samantha Romero
Cal. Bar No. 344476*
PACIFIC LEGAL FOUNDATION
555 Capitol Mall, Suite 1290
Sacramento, CA 95814
SRomero@pacificlegal.org
Telephone: (916) 419-7111
* *Pro hac vice*

/s/ *Matthew G. Monforton*
Matthew G. Monforton
Mont. Bar No. 5245
MONFORTON LAW OFFICES, PLLC
32 Kelly Court
Bozeman, MT 59718
matthewmonforton@yahoo.com
Telephone: (406) 570-2949

*Attorneys for Plaintiff Do No Harm*