# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MONTANA
# HELENA DIVISION

| | |
|---|---|
| DO NO HARM,<br><br>     Plaintiff,<br><br>v.<br><br>GREGORY GIANFORTE, in his official capacity as Governor of the State of Montana,<br><br>     Defendant. | Case No.: 6:24-cv-00024-BMM-<br><br><br>ORDER GRANTING<br>STAY |

  Upon Plaintiff's "Unopposed Motion to Stay" (ECF No. 43) and with good cause shown, IT IS HEREBY ORDERED that proceedings in this case are STAYED to await the Legislature's action on H.B. 215. The parties shall file a status report no later than fourteen days after the end of this year's legislative session.

  DATED this 14th day of March 2025.

              _/s/ Brian Morris_
              Brian Morris, Chief District Judge
              United States District Courts